UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CR00605RWS (AGF) |
| ) | |
| GREGORY STACY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Reply to the Government's Post Hearing Memorandum Regarding Motion to Suppress [Doc. #93]. As the Court permitted the United States to file its post-hearing memorandum out of time, the Court shall grant Defendant leave to file this Reply. Accordingly,

**IT IS HEREBY ORDERED** that leave to file Defendant's Reply to the Government's Post Hearing Memorandum Regarding Motion to Suppress [Doc. #93] is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that no further post-hearing memoranda shall be permitted without leave of Court. Absent such leave being granted, the Court shall deem the case to be submitted as of today's date, April 27, 2010.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of April, 2010.